379 A.2d 601

Commonwealth v. Morrissey, Appellant.

Submitted June

22, 1976. Raymond P. Kashimba, and Krawitz, Sigal & Ridley, for appellant; Linda Wallach Miller, Assistant District Attorney, and James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., dissents.